587 A.2d 270

IN THE MATTER OF RODNEY B. JONES, AN ATTORNEY AT LAW.

March 19, 1991.

## ORDER

The Office of Attorney Ethics having informed the Court that RODNEY B. JONES of TEANECK, who was admitted to the bar of this State in 1986, has entered a plea of guilty to a charge of solicitation of a bribe to influence the performance of his public duties as a deputy attorney general, in violation of *N.J.S.A.* 2C:27–6(a), and good cause appearing;

It is ORDERED that pursuant to *R.* 1:20–6(b)(1), RODNEY B. JONES is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of the Court; and it is further

ORDERED that RODNEY B. JONES be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that RODNEY B. JONES comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.